UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.                              ) | Case No. 21-cr-0003 (RCL) |
| ) | |
| **JACOB CHANSLEY**              ) | |
| ) | |
|       Defendant   ) | |
| ) | |

# DEFENDANT JACOB CHANSLEY'S REPLY TO GOVERNMENT'S RESPONSE TO THIS COURT'S "ORDER TO SHOW CAUSE"

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

Comes now Defendant Jacob Chansley, and respectfully submits this Reply to the Response by the Government to this Court's "Order to Show Cause" (ECF No. 131) for its failure to timely respond to the Rule 41(g) motion by Mr. Chansley for return of his property seized pursuant to a Search and Seizure Order issued by this Court on May 2, 2024.

Initially, the Government offers only an apology – but no explanation for not timely responding to the Mr. Chansley's Rule 41(g) motion, other than to claim it inadvertently missed the filing and failed to respond.  Such negligence should be a sufficient basis to simply resolve the pending motion as one which the Government has not opposed, and order return of the property.

But an additional justification for doing the same is also true on the merits, as the Government has offered not factual or legal justification for its refusal for a more than two years to return Mr. Chansley's property.

The Supreme Court's decision *Fischer v. United States* is simply the latest iteration of its prior excuse(s).  The Government cites no statutory or case authority that imbues it with the power to simply withhold property seized pursuant to a search warrant long after the case has become final for no purpose other than to "See what might happen in the future" as that is the simple distillation of the Government's "Response."

First, the Government makes a legally illiterate reference to 19 U.S.C. Sec. 1602 with regard to "administrative forfeiture" actions. That is all well and good assuming – as specified in Sec. 1602, the seizure involved was of "merchandise or baggage subject to seizure for violations of customs laws..." Other than that minor defect in the process here….

Next, the Government references nonjudicial civil forfeiture actions under 18 U.S.C., Section 983(a)(1)(A)(i), which at least has the benefit of having some connection to criminal cases. The only problem with the legal proposition set forth in the statute is that the Government has not complied with any of timing, notice, or filing requirements for civil forfeiture of Mr. Chansley's property. The Government makes the legal assertion that the deadlines don't apply to property seized for evidentiary purposes – suggesting apparently that it might still do so – but provides no citation to authority for such a proposition.

Again, another pointless reference in the Government's "Response."

Finally, the Government makes reference to future events that may – or may not – unfold in the aftermath of the *Fischer* decision. The Government focuses on the possibility that Mr. Chansley might challenge the outcome of his case – although he has already served his sentence. But that decision belongs to Mr. Chansley and not the Government, so it cannot be relied upon by the Government to retain his property indefinitely. No such authority is cited by the Government

via a statutory reference or prior decisions of this or any other Court. Nor does the Government even hint at how it might relitigate issues in this case that are already final. It offers no analysis of any possible vehicle for re-indictment following the granting of collateral relief should that ever come to pass.

Counsel for Mr. Chansley has evaluated those options but feels no compulsion to educate the opposition party on what that research has revealed. The Government asks Mr. Chansley to represent there will be no further challenges to his criminal conviction – a "crime" the Supreme Court has now not only called into question, but fatally undermined under the factual record established by the Government with regard to Mr. Chansely.

If the Government possesses a prosecution theory upon which it can plausibly claim any form of "evidence impairment" by Mr. Chansley through his conduct, let the Government advise the Court as to what that theory might be.

At this juncture, the only issue pending before this Court is Mr. Chansley's motion to have his property returned to him, after more than two years of fruitless effort to work cooperatively with the Department of Justice to accomplish that end. The Government has not opposed that motion on any factual or legal basis, and the motion should be granted.

Dated: July 17, 2024               Respectfully submitted,

                                   _____
                                   William L. Shipley, Jr., Esq.
                                   PO Box 745
                                   Kailua, Hawaii 96734
                                   Tel: (808) 228-1341
                                   Email: 808Shipleylaw@gmail.com

                                   Attorney for Defendant